Judge Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>EDWIN LANNING,<br><br>　　　　　Debtor.<br>_____ | Bankruptcy No. 04-25952<br><br>USDC #C06-1397 |

**ORDER ON REQUEST FOR EXTENSION OF TIME OF DEADLINE FOR FILING APPELLANT'S OPENING BRIEF**

THIS MATTER having come on for hearing upon request of the debtor/Appellant, by and through his attorney, Larry B. Feinstein, this Court having issued an order setting deadlines for the filing of Appellant's Opening Brief for January 2, 2007, no previous request having been made, no objection from Appellee's counsel, and upon good cause shown, it is

ORDERED the debtor/Appellant's Opening Brief shall be due by January 16, 2007; that Appellee's Response Brief shall be due by February 15, 2007; and Appellant's Reply Brief shall be due by February 28, 2007.

DATED this 3rd day of January, 2007.

　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

Presented by:

/s/ Larry B. Feinstein
_____
Larry B. Feinstein WSBA # 6074
Attorney for Appellant

Order on Request for Extension of Time

Vortman & Feinstein
500 Union Street, Suite # 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355